**FILED**
July 19, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                              )<br>           Plaintiff,                        )<br>v.                                                      )<br>                                                              )<br>MANUEL HERRERA,                    )<br>                                                              )<br>          Defendant.                      ) | Case No. 2:11-CR-00296-WBS-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MANUEL HERRERA</u>, Case No. <u>2:11-CR-00296-WBS-2</u>, Charge <u>Title 18 USC § 1349</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ <u>100,000 (co-signed)</u>

        ✔   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        ✔   (Other)     <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>July 19, 2011</u> at <u>3:30</u> pm.

By  *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge