JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES MAGISTRATE COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            ) No. CR-S-11-CR-296 WBS
                                     )
        Plaintiff,                   )
                                     ) STIPULATION AND ~~PROPOSED~~
                                     ) ORDER TO ALLOW MANUEL
v.                                   ) HERRERA TO TRAVEL TO MEXICO TO
                                     ) VISIT HIS AILING MOTHER
MANUEL HERRERA,                      )
                                     )
        Defendant.                   )
                                     )
                                     )
                                     )

    IT IS HEREBY STIPULATED AND AGREED between defendant Manuel Herrera, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Lee Bickley, Mr. Herrera may, with the permission of his Pre-Trial Services Officer, and pursuant to such conditions as required by his Pre-Trial Services Officer, travel to Mexico at any time between April 1, 2013 and April 10, 2013 for the purpose of visiting his sick mother. (Mr. Herrera's mother is recuperating from a cardiac incident.) It is further stipulated Mr. Herrera must check-in with his Pre-Trial Services Officer as required by his Pre-Trial Services Officer. Pre-Trial Services shall return Mr. Herrera's passport to him no later than March 28, 2013. Mr. Herrera must return to the United States by April 11, 2013 and must check in with, and surrender his passport to, his Pre-Trial Services Officer within 24 hours of returning to the United States, but in any event, no later than April 12, 2013.

1  IT IS SO STIPULATED.

2

3  Dated:  March 22, 2013                           /S/ John R. Manning
                                                    JOHN R. MANNING
4                                                   Attorney for Defendant
                                                    Manuel Herrera
5

6

7
   Dated:  March 22, 2013                           /S/Lee Bickley
8                                                   LEE BICKLEY
                                                    Assistant United States Attorney
9

10
   IT IS SO ORDERED,
11

12
   Dated:  March 25, 2013
13
                                                    ALLISON CLAIRE
14                                                  UNITED STATES MAGISTRATE JUDGE