JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES MAGISTRATE COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MANUEL HERRERA,<br><br>  Defendant. | )  No. CR-S-11-CR-296 WBS<br>)<br>)<br>)  STIPULATION AND ~~PROPOSED~~ ORDER<br>)  ALLOWING MANUEL HERRERA TO<br>)  EXTEND HIS TRIP TO MEXICO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

  IT IS HEREBY STIPULATED AND AGREED between defendant Manuel Herrera, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Lee Bickley, Mr. Herrera may, extend his present trip to Mexico until April 18, 2013.  The Court previously signed a stipulation allowing Mr. Herrera to travel to Mexico between April 5, 2013 and April 15, 2013, to visit his ailing mother.  (Mr. Herrera's mother is recuperating from a cardiac incident.)  Mr. Herrera's mother is scheduled for a follow up exam on April 17, 2013.  Mr. Herrera would like to accompany his mother and be present for this follow up visit. It is stipulated Mr. Herrera must return to the United States by April 18, 2013 and must check in with, and surrender his passport to, his Pre-Trial Services Officer within 24 hours of returning to the United States, but in any event, no later than April 19, 2013. (Pretrial Services will defer to the Court on this matter.)

1  IT IS SO STIPULATED.

3  Dated:  April 15, 2013                              /S/ John R. Manning
                                                      JOHN R. MANNING
                                                      Attorney for Defendant
                                                      Manuel Herrera

7  Dated:  April 15, 2013                              /S/Lee Bickley
                                                      LEE BICKLEY
                                                      Assistant United States Attorney

10 IT IS SO ORDERED,

13 Dated:  April 16, 2013.         _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE