JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES MAGISTRATE COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-CR-296 WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER ALLOWING MANUEL HERRERA TO EXTEND HIS TRIP TO MEXICO. |
| MANUEL HERRERA, | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED AND AGREED between defendant Manuel Herrera, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Lee Bickley, Mr. Herrera may, extend his present trip to Mexico until April 19, 2013.  The Court previously signed a stipulation allowing Mr. Herrera to travel to Mexico between April 5, 2013 and April 15, 2013, to visit his ailing mother.  (Mr. Herrera's mother is recuperating from a cardiac incident.)  The Court subsequently granted a defense request to extend Mr. Herrera's visit to April 18, 2013 in order allow Mr. Herrera's to attend a scheduled for a follow up exam on April 17, 2013, with his mother.

   Unfortunately, due to a communication issue between myself and Mr. Herrera (or perhaps an electronic mail issue), Mr. Herrera misunderstood the subsequent order and is scheduled to return today (April 19, 2013).  Therefore, it is stipulated Mr. Herrera must return to the United States by April 19, 2013 and must check in with his Pre-Trial Services Officer within

1

24 hours of returning to the United States, and must return his passport to Pre-trial Services no later than Monday April 22, 2013.  (Pretrial Services will defer to the Court on this matter.)

IT IS SO STIPULATED.

Dated:  April  19, 2013                                    /S/ John R. Manning
                                                          JOHN R. MANNING
                                                          Attorney for Defendant
                                                          Manuel Herrera

Dated:  April 19, 2013                                     /S/Lee Bickley
                                                          LEE BICKLEY
                                                          Assistant United States Attorney

IT IS SO ORDERED,

Dated: April 22, 2013

                                                          CAROLYN K. DELANEY
                                                          UNITED STATES MAGISTRATE JUDGE