JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MOCTEZUMA TOVAR, et al.,<br><br>　　　　Defendants. | No. CR-S-11-296 WBS<br><br>STIPULATION REGARDING<br>EXCLUDABLE TIME PERIODS<br>UNDER SPEEDY TRIAL ACT;<br>[~~PROPOSED~~] FINDINGS<br><br>Date:　February 10, 2014<br>Time:　9:30 a.m.<br>Judge:　Honorable William B. Shubb |

The United States of America through its undersigned counsel, Lee Bickley, Assistant United States Attorney, together with counsel for defendant Moctezuma Tovar, Thomas A. Johnson, Esq., counsel for defendant Manuel Herrera, John R. Manning, Esq., counsel for defendant Ruben Rodriguez, Bruce Locke, Esq., counsel for defendant Jaime Mayorga, Ronald J. Peters. Esq., counsel for defendant Sandra Hermosillo, Erin J. Radekin, counsel for defendant Jun Dirain, Matthew M. Scoble, Esq., and counsel for defendant Christian Renteria, Christopher R. Cosca, Esq., hereby stipulate the following:

　1.　By previous order, this matter was set for status conference on January 6, 2014.

2. By this stipulation, defendants now move to continue the status conference until February 10, 2014 and to exclude time between January 6, 2014 and February 10, 2014 under the Local Code T-4 (to allow defense counsel time to prepare).

3.   The parties agree and stipulate, and request the Court find the following:

   a. This is voluminous mortgage fraud case involving (allegedly) numerous properties and individuals (including seven co-defendants). Thus far, the Government has produced over 25,000 pages of discovery (plus numerous audio recordings). The conduct alleged in this matter spans several years and, at the time of indictment, was several years old.

   b. Counsel for the defendants need additional time to review the discovery and conduct investigation.

   c. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 6, 2014 to February 10, 2014, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on

the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 31, 2014                    /s/ Thomas A. Johnson
                                            THOMAS A. JOHNSON
                                            Attorney for Defendant
                                            Moctezuma Tovar

Dated: December 31, 2014                    /s/ John R. Manning
                                            JOHN R. MANNING
                                            Attorney for Defendant
                                            Manuel Herrera

Dated: December 31, 2014                    /s/ Bruce Locke
                                            BRUCE LOCKE
                                            Attorney for Defendant
                                            Ruben Rodriguez

Dated: December 31, 2014                    /s/ Ronald J. Peters
                                            RONALD J. PETERS
                                            Attorney for Defendant
                                            Jaime Maorga

Dated: December 31, 2014                    /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            Sandra Hermosillo

Dated: December 31, 2014                    /s/ Matthew M. Scoble
                                            MATTHEW M. SCOBLE
                                            Attorney for Defendant
                                            Jun Dirain

///

///

Dated: December 31, 2014         /s/ Christopher Cosca
                                CHRISTOPHER COSCA
                                Attorney for Defendant
                                Christian Renteria


Dated: December 31, 2014         Benjamin B. Wagner
                                United States Attorney

                                by:/s/  Lee Bickley
                                LEE BICKLEY
                                Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  January 2, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE