THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Moctezuma Tovar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MOCTEZUMA TOVAR, et al.,<br><br>          Defendants. | Case No.: 2:11-cr-00296-WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR MODIFICATION OF<br>CONDITIONS OF RELEASE FOR<br>MOCTEZUMA TOVAR AND MANUEL<br>HERRERA |

   **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

conditions of release for Moctezuma Tovar and Manuel Herrera are modified and include

an additional condition of release. Both Mr. Tovar and Mr. Herrera should have the

following condition added to the release conditions: Mr. Tovar and Mr. Herrera shall not

have any contact outside the presence of counsel except as it relates to the home Mr.

Tovar is renting from Mr. Herrera. Mr. Herrera's and Mr. Tovar's conversation and

communication should only relate to the home Mr. Tovar is renting.

   Lee Bickley, Assistant United States Attorney, and Thomas A. Johnson, attorney

for Moctezuma Tovar, and John Manning, attorney for Manuel Herrera, agree to this

additional condition of release. All other previously ordered conditions of release remain

in full force and effect.

/////

/////

- 1 –

**IT IS SO STIPULATED.**

Dated: January 6, 2014                          /s/  Thomas A. Johnson
                                                THOMAS A. JOHNSON
                                                Attorney for Moctezuma Tovar

Dated: January 6, 2014                          /s/  Thomas A. Johnson for
                                                JOHN R. MANNING
                                                Attorney for Manuel Herrera

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated: January 6, 2014                          /s/  Thomas A. Johnson for
                                                LEE BICKLEY
                                                Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED.

DATED:  January 14, 2014.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE