BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>MANUEL HERRERA,<br><br>                    Defendant. | CASE NO. 2:11-CR-00296 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING IMPOSITION OF JUDGMENT & SENTENCING<br><br>DATE: JULY 7, 2014<br>TIME: 9:30 A.M.<br>JUDGE: WILLIAM B. SHUBB |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Manuel Herrera, by and through his counsel of record, hereby stipulate that the status concerning judgment and sentencing date in the matter presently set for July 7, 2014, at 9:30 a.m. should be vacated and the matter continued to December 8, 2014, at 9:30 a.m. for a status conference regarding the imposition of judgment and sentencing. The trial in this case of Mr. Herrera's co-defendants is set for April 21, 2015. Probation does not object.

IT IS SO STIPULATED.

DATED: June 6, 2014                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ Lee S. Bickley*
                                       LEE S. BICKLEY
                                       Assistant United States Attorney

                                       For the UNITED STATES OF AMERICA

Stipulation to Continue Sentencing                1

DATED: June 6, 2014                    */s/ Lee S. Bickley for*
                                       JOHN MANNING

                                       For defendant MANUEL HERRERA

**[PROPOSED] O R D E R**

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the status conference for judgment and sentencing in this matter currently scheduled for 9:30 a.m. on July 7, 2014, is vacated and the matter is continued to December 8, 2014, at 9:30 a.m. for the imposition of judgment and sentence.

Dated:  June 9, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE