JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MANUEL HERRERA,<br><br>    Defendant. | No. CR-S-11-CR-296 WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO ALLOW MANUEL HERRERA TO TRAVEL TO MEXICO TO VISIT HIS MOTHER<br><br>Judge: Honorable Edmund F. Brennan |

   IT IS HEREBY STIPULATED AND AGREED between defendant Manuel Herrera, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Lee Bickley, Mr. Herrera may, with the permission of his Pre-Trial Services Officer, and pursuant to such conditions as required by his Pre-Trial Services Officer, travel to Mexico at any time between November 26, 2014 and December 8, 2014 for the purpose of visiting his mother (and family).

   It is further stipulated Mr. Herrera must check-in with his Pre-Trial Services Officer as required by his Pre-Trial Services Officer. Pre-Trial Services shall return Mr. Herrera's passport to him on November 24, 2014.  Mr. Herrera must return to the United States by December 8,

2014 and must check in with, and surrender his passport to, his Pre-Trial Services Officer within 24 hours of returning to the United States, but in any event, no later than December 9, 2014.

IT IS SO STIPULATED.

Dated:  November 13, 2014                     /S/ John R. Manning
                                              JOHN R. MANNING
                                              Attorney for Defendant
                                              Manuel Herrera


Dated:  November 13, 2014                     /S/ Lee S. Bickley
                                              LEE S. BICKLEY
                                              Assistant United States Attorney


IT IS SO ORDERED,

Dated:  November 14, 2014.

                                              EDMUND F. BRENNAN
                                              United States Magistrate Judge