JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MANUEL HERRERA,<br><br>    Defendant. | No. CR-S-11-296-02 WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING JUDGMENT<br>SENTENCING<br><br>Date:  June 8, 2015<br>Time:  9:30 a.m.<br>Judge: William B. Shubb |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for December 8, 2014. Counsel for the parties request the date for judgment and sentencing be continued to June 8, 2015 at 9:30 a.m.   Assistant U.S. Attorney Lee Bickley has been advised of this request and has no objection.  The co-defendants are set for jury trial on April 21, 2015.  It is anticipated Mr. Herrera will testify for the government and therefore the parties believe postponing Mr. Herrera's sentencing until after the trial is appropriate. The parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                                              **6/8/15**

   Reply, or Statement of Non-Opposition:                                     6/1/15

1

| | |
|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 5/25/15 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 5/18/15 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 5/11/15 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 4/27/15 |

IT IS SO STIPULATED.

Dated: November 18, 2014  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
MANUEL HERRERA

Dated: November 20, 2014  Benjamin B. Wagner
United States Attorney

by:  /s/ Lee Bickley
LEE BICKLEY
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 20, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE