JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MANUEL HERRERA and<br>JUN MICHAEL DIRAIN,<br><br>  Defendants. | ) No. CR-S-11-296-WBS<br>)<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER CONTINUING JUDGMENT<br>) SENTENCING<br>)<br>)<br>) Date:  December 7, 2015<br>) Time:  9:30 a.m.<br>) Judge: William B. Shubb<br>)<br>) |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for June 8, 2015. Counsel for the parties request the date for judgment and sentencing be continued to December 7, 2015 at 9:30 a.m.   Assistant U.S. Attorney Jean Hobbler has been advised of this request and has no objection. The co-defendants are set for jury trial on September 22, 2015. It is anticipated Mr. Herrera and Mr. Dirain will testify for the government and therefore the parties believe postponing their sentencing until after the trial is appropriate. The parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                                        **12/7/15**

   Reply, or Statement of Non-Opposition:                                 11/30/15

| | | |
|---|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | | 11/23/15 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | | 11/16/15 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | | 11/9/15 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | | 10/26/15 |

IT IS SO STIPULATED.

Dated: May 12, 2015                           /s/  John R. Manning
                                              JOHN R. MANNING
                                              Attorney for Defendant
                                              Manuel Herrera

Dated: May 12, 2015                           /s/  Matthew M. Scoble
                                              MATTHEW M. SCOBLE
                                              Attorney for Defendant
                                              Jun Michael Dirain

Dated: May 12, 2015                           Benjamin B. Wagner
                                              United States Attorney

                                       by:    /s/ Jean Hobbler
                                              JEAN HOBBLER
                                              Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  May 14, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE