BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
JEAN M. HOBLER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-296 |
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF DIRAIN, HERMOSILLO, HERRERA, AND TOVAR SENTENCING; [~~PROPOSED~~] FINDINGS AND ORDER** |
| v. | |
| MOCTEZUMA TOVAR, ET AL., | DATE: December 7, 2015 TIME: 9:30 a.m. COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants Jun Michael Dirain, Sandra Hermosillo, Manuel Herrera, and Moctezuma Tovar, by and through their respective counsel of record, hereby stipulate as follows:

1.      By previous order, defendants Dirain, Hermosillo, Herrera, and Tovar were set for judgment and sentencing on December 7, 2015.

2.      Counsel for the government and defendants Dirain, Hermosillo, Herrera, and Tovar request that the date for judgment and sentencing be continued to June 6, 2016 at 9:00 a.m.  The other three remaining co-defendants in this case are set for a jury trial beginning on April 5, 2016.

3.      The parties request the Court adopt the following schedule pertaining to the presentence reports concerning defendants Dirain, Hermosillo, Herrera, and Tovar:

Judgment and Sentencing date:                    6/6/16

1    Reply, or Statement of Non-Opposition:        5/30/16

2
     Motion for Correction of Presentence Report
3    Shall be filed with the Court and served on the
     Probation Officer and opposing counsel
4    No later than:                                 5/23/16

5
     The Presentence Report shall be filed with the
6    Court and disclosed to counsel no later than:  5/16/16

7    Counsel's written objections to the Presentence
     Report shall be delivered to probation officer
8    And opposing counsel no later than:            5/9/16

9
     The Presentence Report shall be filed with the
10   Court and disclosed to counsel no later than:  4/25/16

11      IT IS SO STIPULATED.

12   Dated:  October 30, 2015              BENJAMIN B. WAGNER
                                           United States Attorney
13

14                             By:   /s/ BRIAN A. FOGERTY
                                     BRIAN A. FOGERTY
15                                   Assistant United States Attorney

16   Dated:  October 30, 2015              /s/ MATTHEW M. SCOBLE
                                           (Authorized by email on
17                                          10/30/15)
18                                         MATTHEW M. SCOBLE
                                           Counsel for Defendant
19                                         Michael Jun Dirain

20

21   Dated:  October 30, 2015              /s/ ERIN J. RADEKIN
                                           (Authorized by email on
22                                          10/30/15)
                                           ERIN J. RADEKIN
23                                         Counsel for Defendant
                                           Sandra Hermosillo
24

25

26

27

28

Dated:  October 30, 2015                    /s/ JOHN R. MANNING
                                            (Authorized by email on
                                            10/30/15)
                                            JOHN R. MANNING
                                            Counsel for Defendant
                                            Manuel Herrera


Dated:  October 30, 2015                    /s/ THOMAS A. JOHNSON
                                            (Authorized by email on
                                            10/30/15)
                                            THOMAS A. JOHNSON
                                            Counsel for Defendant
                                            Moctezuma Tovar


### ORDER

IT IS SO FOUND AND ORDERED.

Dated:  November 2, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE