John R. Manning
1111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994
E-mail: jmanninglaw@yahoo.com

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MANUEL HERRERA,<br><br>　　　　　Defendant. | No. CR-S-11-CR-296 WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO ALLOW MANUEL HERRERA TO TRAVEL TO MEXICO TO VISIT HIS AILING MOTHER |

　　　IT IS HEREBY STIPULATED AND AGREED between defendant Manuel Herrera, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Brian A. Fogerty, Mr. Herrera may, with the permission of his Pretrial Services Officer, and pursuant to such conditions as required by his Pretrial Services Officer, travel to Mexico at any time between May 20, 2016 and June 3, 2016 for the purpose of visiting his sick mother.  (Ms. Herrera is having knee surgery May 23, 2016.)  It is further stipulated Mr. Herrera must check-in with his Pretrial Services Officer as required by his Pretrial Services Officer. Pretrial Services shall return Mr. Herrera's passport to him no later than May 18, 2016.  Mr. Herrera must return to the United States by June 3, 2016 and

must check in with, and surrender his passport to, his Pretrial Services Officer as soon as possible, but in any event, no later than 5:00 pm on June 6, 2016.  (June 3, 2016, is a Friday.  Mr. Herrera will be returning from Mexico after close of business Friday evening.)

IT IS SO STIPULATED.

Dated:  April 29, 2016                            /s/  John R. Manning
                                                  JOHN R. MANNING
                                                  Attorney for Defendant
                                                  Manuel Herrera

Dated:  April 29, 2016                            /s/  Brian A. Fogerty
                                                  BRIAN A. FOGERTY
                                                  Assistant United States Attorney

IT IS SO ORDERED,

Dated:  May 2, 2016

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE