PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00296 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING DATES |
| v. | |
| MOCTEZUMA TOVAR, ET AL., | |
| Defendants. | |

     Defendants Moctezuma Tovar, Sandra Hermosillo, Jun Michael Dirain, and Manuel Herrera (the "resolved defendants") have pleaded guilty in this matter, all with cooperation provisions under Section 5K1.1 of the U.S. Sentencing Guidelines.  These four defendants were set for sentencing on January 30, 2017.  However, a retrial for the remaining defendants, Jaime Mayorga and Ruben Rodriguez, is now set to begin on May 15, 2017.

     As a result, the government and the resolved defendants, by and through their respective counsel of record, stipulate and agree that sentencing of the resolved defendants should be continued to August 21, 2017 at 9:00 a.m.  The Probation Officer has been consulted and is available on the stipulated date.  The sentencing deadlines would then be as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | August 21, 2017 at 9:00 a.m. |
| Reply or Statement of Non-Opposition: | August 14, 2017 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 31, 2017 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | July 24, 2017 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 17, 2017 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | July 10, 2017 |

Dated: January 24, 2017   PHILLIP A. TALBERT
United States Attorney

By:  s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: January 24, 2017   s/ Brian A. Fogerty for Thomas A. Johnson
THOMAS A. JOHNSON
Counsel for Defendant
MOCTEZUMA TOVAR
[Authorized by email on 1/24/17]

Dated: January 24, 2017   s/ Brian A. Fogerty for Timothy Zindel
TIMOTHY ZINDEL
Counsel for Defendant
JUN MICHAEL DIRAIN
[Authorized by email on 1/24/17]

Dated: January 24, 2017   s/ Brian A. Fogerty for John Manning
JOHN MANNING
Counsel for Defendant
MANUEL HERRERA
[Authorized by email on 1/24/17]

Dated:  January 24, 2017

                                              s/ Brian A. Fogerty for Erin Radekin
ERIN RADEKIN
Counsel for Defendant
SANDRA HERMOSILLO
[Authorized by email on 1/24/17]

**ORDER**

It is so ORDERED.

Dated:  January 25, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE