PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00296 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING DATES |
| v. | |
| MOCTEZUMA TOVAR, ET AL., | |
| Defendants. | |

Defendants Moctezuma Tovar, Sandra Hermosillo, Jun Michael Dirain, and Manuel Herrera (the "resolved defendants") have pleaded guilty in this matter, all with cooperation provisions under Section 5K1.1 of the U.S. Sentencing Guidelines. These four defendants were set for sentencing on August 21, 2017. However, a retrial for the remaining defendants, Jaime Mayorga and Ruben Rodriguez, is now set to begin on September 11, 2017.

As a result, the government and the resolved defendants, by and through their respective counsel of record, stipulate and agree that sentencing of the resolved defendants should be continued to November 13, 2017. The Probation Officer has been consulted and is available on the stipulated date. The sentencing deadlines would then be as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | November 13, 2017 |
| Reply or Statement of Non-Opposition: | November 6, 2017 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 23, 2017 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | October 16, 2017 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | October 9, 2017 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | October 2, 2017 |

Dated: July 13, 2017                PHILLIP A. TALBERT
                                    United States Attorney

                            By:     s/ Brian A. Fogerty
                                    BRIAN A. FOGERTY
                                    Assistant United States Attorney

Dated: July 13, 2017                s/ Brian A. Fogerty for Thomas A. Johnson
                                    THOMAS A. JOHNSON
                                    Counsel for Defendant
                                    MOCTEZUMA TOVAR
                                    [Authorized by email]

Dated: July 13, 2017                s/ Brian A. Fogerty for Timothy Zindel
                                    TIMOTHY ZINDEL
                                    Counsel for Defendant
                                    JUN MICHAEL DIRAIN
                                    [Authorized by email]

Dated: July 13, 2017                s/ Brian A. Fogerty for John Manning

|   |                                                                                              |
|---|----------------------------------------------------------------------------------------------|
| 1 | JOHN MANNING                                                                                 |
| 2 | Counsel for Defendant<br>MANUEL HERRERA                                                      |
|   | [Authorized by email]                                                                        |
| 3 |                                                                                              |
| 4 |                                                                                              |
| 5 | Dated: July 13, 2017    s/ Brian A. Fogerty for Erin Radekin<br>ERIN RADEKIN                 |
|   | Counsel for Defendant                                                                        |
| 6 | SANDRA HERMOSILLO<br>[Authorized by email]                                                   |

**ORDER**

It is so ORDERED.

Dated: July 13, 2017

*William B. Shubb* (signature)

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE