| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | BRIAN A. FOGERTY<br>JARED C. DOLAN |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00296 WBS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |
| v. | |
| MOCTEZUMA TOVAR, ET AL., | |
| Defendants. | |

The United States of America, through Assistant U.S. Attorney Brian A. Fogerty, and defendants Jun Michael Dirain, Sandra Hermosillo, Manuel Herrera, and Moctezuma Tovar, individually, and through their respective counsel of record, hereby stipulate and request that the Court vacate the hearing for sentencing and entry of judgment, which is currently set for November 13, 2017. The parties request that the Court reset judgement and sentencing for the aforementioned defendants for February 20, 2018, at 9:00 a.m.

//
//
//
//
//
//

STIPULATION CONTINUING SENTENCING

1

Dated: November 8, 2017              PHILLIP A. TALBERT
                                     United States Attorney

                                By:  /s/ BRIAN A. FOGERTY
                                     BRIAN A. FOGERTY
                                     Assistant United States Attorney


Dated: November 8, 2017              /s/ TIMOTHY ZINDEL
                                     TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Counsel for Defendant Jun Michael Dirain


Dated: November 8, 2017              /s/ ERIN RADEKIN
                                     ERIN RADEKIN
                                     Counsel for Defendant Sandra Hermosillo


Dated: November 8, 2017              /s/ JOHN MANNING
                                     JOHN MANNING
                                     Counsel for Defendant Manuel Herrera


Dated: November 8, 2017              /s/ THOMAS A. JOHNSON
                                     THOMAS A. JOHNSON
                                     Counsel for Defendant Moctezuma Tovar

**ORDER**

The Court hereby adopts the stipulation of the parties. The judgment and sentencing for defendants Jun Michael Dirain, Sandra Hermosillo, Manuel Herrera, and Moctezuma Tovar previously set for November 13, 2017, is vacated. Judgment and sentencing for the aforementioned defendants is reset for February 20, 2018, at 9:00 a.m.

Dated: November 8, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE