**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | **2:11-CR-00296 WBS** |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE JUDGMENT** |
| v. | ) | **AND SENTENCING** |
| | ) | |
| | ) | |
| **SANDRA HERMOSILLO**, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States

Attorney Brian Fogerty, defendant, Sandra Hermosillo, by and through her counsel, Erin J.

Radekin, defendant, Jun Michael Dirain, by and through his counsel, Timothy Zindel, defendant,

Manuel Herrera, by and through his counsel, John Manning, and defendant, Moctezuma Tovar,

by and through his counsel, Thomas A. Johnson, agree and stipulate to vacate the date set for

judgment and sentencing, February 20, 2018 at 9:00 a.m., and to continue judgment and

sentencing until May 14, 2018 at 9:00 a.m., in the courtroom of the Honorable William B. Shubb.

The reason for this request is that the government and the defendants need additional time to discuss and assess any departures under Section 5K1.1 of the U.S. Sentencing Guidelines for cooperation, and engage in other investigation and collection of documents relevant to sentencing. The Court is advised that all counsel listed above and U.S. Probation Officer Becky Fidelman concur with this request, and all counsel have authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 12, 2018    MCGREGOR W. SCOTT
             United States Attorney

         By:  /s/ Brian Fogerty
             BRIAN FOGERTY
             Assistant United States Attorney

Dated: February 12, 2018    /s/ Erin J. Radekin
             ERIN J. RADEKIN
             Attorney for Defendant
             SANDRA HERMOSILLO

Dated: February 12, 2018    /s/ Timothy Zindel
             TIMOTHY ZINDEL
             Attorney for Defendant
             JUN MICHAEL DIRAIN

Dated: February 12, 2018    /s/ John Manning
             JOHN MANNING
             Attorney for Defendant
             MANUEL HERRERA

//

Dated: February 12, 2018

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
MOCTEZUMA TOVAR

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, February 20, 2018 at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on May 14, 2018 at 9:00 a.m. in the courtroom of the Honorable William B. Shubb.

IT IS SO ORDERED.

Dated:  February 12, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE