JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL HERRERA,
SANDRA HERMOSILLO,
MOCTEZUMA TOVAR, and
JUN MICAHEL DIRAIN,

    Defendant.

No. CR-S-11-296-WBS

STIPULATION AND [~~PROPOSED~~]
ORDER CONTINUING JUDGMENT
SENTENCING

Date: August 6, 2018
Time: 9:00 a.m.
Judge: WILLIAM B. SHUBB

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for May 14, 2018. Counsel for the parties request the date for judgment and sentencing be continued to August 6, 2018 at 9:00 a.m. Assistant U.S. Attorney Brian A. Fogerty has been advised of this request and has no objection. U.S. Probation has also been advised of this request. Defendants Herrera, Tovar, Dirain, and Hermosillo have agreed to cooperate with the government. The parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**      **8/6/18 at 9:00 a.m.**

1

| | | |
|---|---|---|
| Reply, or Statement of Non-Opposition: | | 7/30/18 |

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than: 7/23/18

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than: 7/16/18

Counsel's written objections to the Presentence Report
Shall be delivered to the probation officer and opposing
Counsel no later than: 7/9/18

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than: 6/25/18

IT IS SO STIPULATED.

Dated: May 3, 2018 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Manuel Herrera

Dated: May 3, 2018 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
Moctezuma Tovar

Dated: May 3, 2018 /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
Sandra Hermosillo

Dated: May 3, 2018 /s/ Timothy Zindel
TIMOTHY ZINDEL
Attorney for Defendant
Jun Michael Dirain

Dated: May 3, 2018 McGregor W. Scott
United States Attorney

by: /s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 7, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE