JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MANUEL HERRERA,<br><br>　　　　Defendant. | No. CR-S-11-CR-296 WBS<br><br>UNOPPOSSED MOTION AND ~~PROPOSED~~ ORDER TERMINATING PRETRIAL SUPERVISION OF DEFENDANT MANUEL HERRERA. |

　　　　Defendant Manuel Herrera, by and through his undersigned defense counsel, and at the request of Pretrial Services, hereby requests the court remove Mr. Herrera from Pretrial Services' supervision. Mr. Herrera has been under Pretrial Services' supervision for approximately seven years without incident. Mr. Herrera has a stable job; family; and, residence (as he has through-out the seven years of Pretrial supervision).

　　　　Mr. Herrera's Pretrial Services Officer is aware of this request and has no objection. Assistant United States Attorney Brian Fogerty was advised of this request and indicated the government has no objection to the relief sought herein.

/////

/////

1

Dated: June 5, 2018 /S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Manuel Herrera

IT IS SO ORDERED.

Dated: June 6, 2018

Hon. EDMUND F. BRENNAN
United States Magistrate Judge