JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-CR-296 WBS |
| | ) |
| Plaintiff, | ) |
| | ) UNOPPOSED MOTION TO |
| | ) TEMPORARILY RETURN DEFENDANT'S |
| v. | ) PASSPORT FOR RENEWAL PURPOSES |
| | ) AND [~~proposed~~] ORDER |
| MANUEL HERRERA, | ) |
| | ) |
| Defendant. | ) Judge: Honorable Edmund F. Brennan |
| | ) |
| | ) |
| | ) |

Defendant Manuel Herrera, by and through his undersigned defense counsel, hereby respectfully requests this court order the clerk's office to return his now expired passport to him so he can initiate and complete the renewal process. Once Mr. Herrera receives his "new" passport, he will return the "new" passport to the clerk's office. (It is believed this process will take four to six weeks.) Mr. Herrera has no immediate travel plans, but may wish to travel out of the country to visit his family in Mexico at some point.

Government counsel was notified of this request and has no objection to the relief sought herein. Mr. Herrera, after seven years on pretrial supervision without incident of any kind, was recently "removed" from pretrial supervision. As such Pretrial Services was not consulted regarding this request.

Dated:  June 13, 2018                          /S/ John R. Manning
                                                JOHN R. MANNING
                                                Attorney for Defendant
                                                Manuel Herrera

IT IS SO ORDERED,

Dated:  June 13, 2018

                                                Hon. EDMUND F. BRENNAN
                                                United States Magistrate Judge