JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL HERRERA,
SANDRA HERMOSILLO,
MOCTEZUMA TOVAR, and
JUN MICAHEL DIRAIN,

    Defendants.

No. CR-S-11-296-WBS

STIPULATION AND [PROPOSED] ORDER VACATING JUDGMENT AND SENTENCING AND SETTING A STATUS CONFERENCE

Date: October 1, 2018
Time: 9:00 a.m.
Judge: WILLIAM B. SHUBB

    The United States of America through its undersigned counsel, Brian Fogerty, Assistant United States Attorney, together with counsel for defendant Moctezuma Tovar, Thomas A. Johnson, Esq., counsel for defendant Sandra Hermosillo, Erin J. Radekin, Esq., counsel for defendant Jun Michael Dirain, Timothy Zindel, Esq., and counsel for defendant Manuel Herrera, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for judgment and sentencing on August 6, 2018.

2. By this stipulation the defendants now move to vacate the judgment and sentencing and set a status conference on October 1, 2018.

3. The parties agree and stipulate, and request the Court find the following:

1

a. Co-defendants Ruben Rodriguez and Jaime Mayorga are awaiting a ruling in the Ninth Circuit (oral argument is scheduled for August 16, 2018) which will determine whether or not there will be a third trial.

b. It is anticipated some of the defendants will testify if there is a third trial and therefore the parties believe vacating their sentencing and scheduling a status conference on October 1, 2018 is appropriate.

c. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: June 27, 2018 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Manuel Herrera

Dated: June 27, 2018 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
Moctezuma Tovar

Dated: June 27, 2018 /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
Sandra Hermosillo

Dated: June 27, 2018 /s/ Timothy Zindel
TIMOTHY ZINDEL
Attorney for Defendant
Jun Michael Dirain

Dated: July 10, 2018 McGregor W. Scott
United States Attorney

by: /s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 11, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE