JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL HERRERA,<br>SANDRA HERMOSILLO,<br>MOCTEZUMA TOVAR, and<br>JUN MICAHEL DIRAIN,<br><br>Defendants. | No. CR-S-11-296-WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date:  December 3, 2018<br>Time:  9:00 a.m.<br>Judge: WILLIAM B. SHUBB |

The United States of America through its undersigned counsel, Brian Fogerty, Assistant United States Attorney, together with counsel for defendant Moctezuma Tovar, Thomas A. Johnson, Esq., counsel for defendant Sandra Hermosillo, Erin J. Radekin, Esq., counsel for defendant Jun Michael Dirain, Timothy Zindel, Esq., and counsel for defendant Manuel Herrera, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for a status conference on October 1, 2018.

2. By this stipulation the defendants now move to continue the status conference to December 3, 2018.

3. The parties agree and stipulate, and request the Court find the following:

1

a. On August 20, 2018 the Ninth Circuit denied defendants Jaime Mayorga and Ruben Rodriguez's interlocutory appeal from the district court's denial of their motion to dismiss the indictment on double jeopardy grounds (ECF #776). Co-defendants Ruben Rodriguez and Jaime Mayorga are awaiting a ruling in the Ninth Circuit on their petition for rehearing which will determine whether there will be a third trial.

b. It is anticipated some of the defendants will testify if there is a third trial and therefore the parties believe scheduling a status conference on December 3, 2018 is appropriate.

c. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: September 25, 2018 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Manuel Herrera

Dated: September 25, 2018 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
Moctezuma Tovar

Dated: September 25, 2018 /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
Sandra Hermosillo

Dated: September 25, 2018 /s/ Timothy Zindel
TIMOTHY ZINDEL
Attorney for Defendant
Jun Michael Dirain

Dated: September 25, 2018 McGregor W. Scott
United States Attorney

by: /s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 26, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE