John R. Manning
1111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994
E-mail: jmanninglaw@yahoo.com

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-CR-296 WBS |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO TEMPORARILY RETURN PASSPORT TO DEFENDANT TO PERMIT TRAVEL TO MEXICO |
| vs. | |
| MANUEL HERRERA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between defendant Manuel Herrera, by and through his undersigned defense counsel, John R. Manning, Esq., and the United States of America by and through its counsel, Assistant U.S. Attorney, Brian Fogerty, that the court shall return Mr. Herrera's passport to him on the date of the filing of the proposed order to permit Mr. Herrera to travel to Mexico for the purpose of visiting his family. Mr. Herrera will be traveling to Nayarit, Mexico on or after December 22, 2018 and he will be returning to the United States no later than January 5, 2019 and must surrender his passport to the court within 24 hours of returning to the United States, but no later than January 6, 2019.

1

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  October 18, 2018  /s/  John R. Manning
JOHN R. MANNING
Attorney for Defendant
Manuel Herrera

Dated:  October 18, 2018  /s/  Brian Fogerty
BRIAN FOGERTY
Assistant United States Attorney

IT IS SO ORDERED,

Dated:  October 22, 2018

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE