JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL HERRERA,
SANDRA HERMOSILLO,
MOCTEZUMA TOVAR, and
JUN MICAHEL DIRAIN,

    Defendants.

No. CR-S-11-296-WBS

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

Date: April 29, 2019
Time: 9:00 a.m.
Judge: WILLIAM B. SHUBB

The United States of America through its undersigned counsel, Brian Fogerty, Assistant United States Attorney, together with counsel for defendant Moctezuma Tovar, Thomas A. Johnson, Esq., counsel for defendant Sandra Hermosillo, Erin J. Radekin, Esq., counsel for defendant Jun Michael Dirain, Timothy Zindel, Esq., and counsel for defendant Manuel Herrera, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for a status conference on December 3, 2018.

2. By this stipulation the defendants now move to continue the status conference to April 29, 2019.

3. The parties agree and stipulate, and request the Court find the following:

1

a. On October 23, 2018 a jury trial for defendants Jaime Mayorga and Ruben Rodriguez was scheduled for April 15, 2019.

b. It is anticipated some of the defendants will testify at the third trial and therefore the parties believe scheduling a status conference on April 29, 2019 is appropriate. At that time the parties will determine a judgment and sentencing schedule (with PSR related deadlines) so that all defendants are sentenced on/around the same day, including the trial defendants, should they be convicted.

c. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: November 27, 2018 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Manuel Herrera

Dated: November 27, 2018 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
Moctezuma Tovar

Dated: November 27, 2018 /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
Sandra Hermosillo

Dated: November 27, 2018 /s/ Timothy Zindel
TIMOTHY ZINDEL
Attorney for Defendant
Jun Michael Dirain

Dated: November 27, 2018 McGregor W. Scott
United States Attorney

by: /s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED. The Status Conference currently set for December 3, 2018 is continued to **April 29, 2019 at 9:00 a.m.**

Dated: November 28, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE