JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL HERRERA,
SANDRA HERMOSILLO,
MOCTEZUMA TOVAR, and
JUN MICAHEL DIRAIN,

    Defendants.

No. CR-S-11-296-WBS

STIPULATION AND [~~PROPOSED~~]
ORDER VACATING STATUS
CONFERENCE AND SETTING
SENTENCING DATE

Date: August 19, 2019
Time: 9:00 a.m.
Judge: WILLIAM B. SHUBB

---

This matter is presently set for status conference before this court on April 29, 2019. Trial defendants Ruben Rodriguez and Jamie Mayorga were recently found guilty (see, ECF 848). The Honorable John A. Mendez has set a sentencing date of August 6, 2019 as to Mr. Rodriguez and Mayorga. The defendants in this matter appearing before this court have all pleaded guilty and are awaiting sentencing. As such, the parties are requesting the court vacate the presently scheduled status conference (April 29, 2019) and adopt the sentencing date (August 19, 2019) and proposed PSR/objection schedule submitted herein.

Therefore, the United States of America through its undersigned counsel, Brian Fogerty, Assistant United States Attorney, together with counsel for defendant Moctezuma Tovar, Thomas A. Johnson, Esq., counsel for defendant Sandra Hermosillo, Erin J. Radekin, Esq.,

1

counsel for defendant Jun Michael Dirain, Timothy Zindel, Esq., and counsel for defendant Manuel Herrera, John R. Manning, Esq., hereby request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **8/19/19, 9:00 a.m.** |
| Reply, or Statement of Non-Opposition: | 8/12/19 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 8/5/19 |
| The (final) Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 7/15/19 |
| Counsel's written (informal) objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 7/1/19 |
| The draft Presentence Report (with any modifications or updates) shall be filed with the Court and disclosed to counsel no later than: | 6/10/19 |

IT IS SO STIPULATED.

Dated: April 25, 2019 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Manuel Herrera

Dated: April 25, 2019 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
Moctezuma Tovar

Dated: April 25, 2019 /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
Sandra Hermosillo

Dated: April 25, 2019         /s/ Timothy Zindel
                              TIMOTHY ZINDEL
                              Attorney for Defendant
                              Jun Michael Dirain

Dated: April 25, 2019         McGregor W. Scott
                              United States Attorney

                         by:  /s/ Brian A. Fogerty
                              BRIAN A. FOGERTY
                              Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: April 26, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE