JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-296-WBS |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| | ) ORDER TO CONTINUE JUDGMENT AND |
| v. | ) SENTENCING DATE |
| | ) |
| MANUEL HERRERA, | ) |
| SANDRA HERMOSILLO, | ) Date:   September 30, 2019 |
| MOCTEZUMA TOVAR, and | ) Time:  9:00 a.m. |
| JUN MICAHEL DIRAIN, | ) Judge: WILLIAM B. SHUBB |
| | ) |
| Defendants. | ) |
| | ) |

_____

       This matter is presently set for judgment and sentencing before this court on August 19,
2019.  Trial defendants Ruben Rodriguez and Jamie Mayorga were found guilty (see, ECF 848)
and have a sentencing date of September 10, 2019 before the Honorable John A. Mendez.  The
defendants in this matter appearing before this court have all pleaded guilty and are awaiting
sentencing.  As such, the parties are requesting the court vacate the presently scheduled
sentencing date (August 19, 2019) and adopt the sentencing date (September 30, 2019) and
proposed PSR/objection schedule submitted herein.

       Therefore, the United States of America through its undersigned counsel, Brian Fogerty,
Assistant United States Attorney, together with counsel for defendant Moctezuma Tovar,
Thomas A. Johnson, Esq., counsel for defendant Sandra Hermosillo, Erin J. Radekin, Esq.,

counsel for defendant Jun Michael Dirain, Timothy Zindel, Esq., and counsel for defendant

Manuel Herrera, John R. Manning, Esq., hereby request the Court adopt the following schedule

pertaining to the presentence report:

|  |  |
|---|---|
| **Judgment and Sentencing date:** | **9/30/19, 9:00 am** |
| Reply, or Statement of Non-Opposition: | 9/23/19 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 9/16/19 |
| The (final) Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 9/9/19 |
| Counsel's written (informal) objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 8/26/19 |
| The draft Presentence Report (with any modifications or updates) shall be filed with the Court and disclosed to counsel no later than: | n/a |

IT IS SO STIPULATED.

Dated: June 25, 2019                                      /s/  John R. Manning
                                                         JOHN R. MANNING
                                                         Attorney for Defendant
                                                         Manuel Herrera

Dated: June 25, 2019                                      /s/  Thomas A. Johnson
                                                         THOMAS A. JOHNSON
                                                         Attorney for Defendant
                                                         Moctezuma Tovar

Dated: June 25, 2019                                      /s/  Erin J. Radekin
                                                         ERIN J. RADEKIN
                                                         Attorney for Defendant
                                                         Sandra Hermosillo

Dated:  June 25, 2019                          /s/  Timothy Zindel
                                               TIMOTHY ZINDEL
                                               Attorney for Defendant
                                               Jun Michael Dirain

Dated:  June 26, 2019                          McGregor W. Scott
                                               United States Attorney

                                        by:    /s/  Brian A. Fogerty
                                               BRIAN A. FOGERTY
                                               Assistant U.S. Attorney

## ORDER

        IT IS SO FOUND AND ORDERED.

Dated:  June 27, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE