HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JUN MICHAEL DIRAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0296 WBS |
| Plaintiff, | |
| v. | ***AMENDED* STIPULATION AND ORDER (PROPOSED) REQUESTING REASSIGNMENT OF CASE FOR SENTENCING** |
| MOCTEZUMA TOVAR et al., | |
| Defendants. | |
| | Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendants Moctezuma Tovar, Manuel Herrera, Sandra Hermosillo, and Jun Michael Dirain, pursuant to Eastern District Local Rule 123, that the above case should be reassigned to Hon. John A. Mendez for all proceedings, including sentencing of the four defendants named herein.

The stipulating parties reviewed Local Rule 123 and believe reassignment to a single judge is likely to effect a substantial savings of judicial effort and will aid the Court as well as counsel in avoiding substantial duplication of labor within the meaning of Local Rule 123(a)(3) and (a)(4). The case was

-1-

1 | reassigned to Judge Mendez for trial of defendants Ruben
2 | Rodriguez and Jaime Mayorga on November 30, 2016 (docket 472)
3 | and Judge Mendez has presided at substantial pretrial and trial
4 | proceedings since that time, including various motions, two jury
5 | trials (the second resulting in convictions) and sentencing of
6 | defendant Christian Parada Renteria (doc. 757).  The four
7 | defendants named in this stipulation have delayed their
8 | sentencings pursuant to cooperation agreements to follow the
9 | sentencings of defendants Rodriguez and Mayorga by Judge Mendez
10 | and have testified at subsequent trials.

11 | In recent discussions, counsel for all parties have seen
12 | that issues common to the trial defendants, including the use of
13 | experts to address sentencing guidelines issues, will likely
14 | affect sentencings of those defendants who pled guilty.  In
15 | June, counsel for defendant Dirain spoke to Judge Mendez's
16 | courtroom deputy who advised that Judge Mendez is willing to
17 | sentence the four defendants named herein if the Court chooses
18 | to reassign them.  In light of the issues common to all
19 | defendants, the parties agree that assignment of the case to a
20 | single judge for sentencing will be substantially more
21 | efficient.  Accordingly, the parties respectfully request that
22 | the case be reassigned to Hon. John A. Mendez as to all
23 | defendants.
24 | /////
25 | /////
26 | /////
27 | /////
28 | /////

1	     The parties further agree that, under Local Rule 123(c),
2	the Court itself is authorized to enter this order of
3	reassignment if it "determines that assignment of the actions to
4	a single Judge is likely to effect a savings of judicial effort
5	or other economies."

						Respectfully Submitted,

						HEATHER E. WILLIAMS
						Federal Defender

Dated:   July 29, 2019		/s/ T. Zindel_____
						TIMOTHY ZINDEL
						Assistant Federal Defender
						Attorney for JUN MICHAEL DIRAIN


						McGREGOR SCOTT
						United States Attorney

Dated:   July 29, 2019		/s/ T. Zindel for B. Fogerty
						BRIAN FOGERTY
						Assistant U.S. Attorney


Dated:   July 29, 2019		/s/ T. Zindel for T. Johnson
_____	THOMAS A. JOHNSON
						Attorney for MOCTEZUMA TOVAR


Dated:   July 29, 2019		/s/ T. Zindel for J. Manning
						JOHN RICHARD MANNING
						Attorney for MANUEL HERRERA


Dated:   July 29, 2019		/s/ T. Zindel for E. Radekin
						ERIN J. RADEKIN
						Attorney for SANDRA HERMOSILLO

/////
/////
/////
/////

**O R D E R**

The Court does not find that assignment of all four defendants named above to a single Judge would likely result in any substantial saving of judicial effort or prove to be more economical for the court or the parties. Accordingly, the undersigned judges decline to adopt the above stipulation to reassign the above action to Judge Mendez for all further proceedings. The case as against defendants Moctezuma Tovar, Manuel Herrera, Sandra Hermosillo, and Jun Michael Dirain shall remain assigned to Judge Shubb.

IT IS SO ORDERED.

Dated: July 31, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Dated: July 31, 2019      /s/ John A. Mendez
                          HON. JOHN A. MENDEZ
                          United States District Judge