JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-296-WBS |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| | ) ORDER TO CONTINUE JUDGMENT AND |
| v. | ) SENTENCING DATE |
| | ) |
| MANUEL HERRERA, | ) |
| SANDRA HERMOSILLO, | ) Date:   December 16, 2019 |
| MOCTEZUMA TOVAR, and | ) Time:  9:00 a.m. |
| JUN MICAHEL DIRAIN, | ) Judge: WILLIAM B. SHUBB |
| | ) |
| Defendants. | ) |

This matter is presently set for judgment and sentencing before this court on September 30, 2019. Trial defendants Ruben Rodriguez and Jamie Mayorga were found guilty (see, ECF 848) and have a sentencing date of November 5, 2019 before the Honorable John A. Mendez. The defendants in this matter appearing before this court have all pleaded guilty and are awaiting sentencing. As such, the parties are requesting the court vacate the presently scheduled sentencing date (September 30, 2019) and adopt the sentencing date (December 16, 2019) and proposed PSR/objection schedule submitted herein.

Therefore, the United States of America through its undersigned counsel, Brian Fogerty, Assistant United States Attorney, together with counsel for defendant Moctezuma Tovar, Thomas A. Johnson, Esq., counsel for defendant Sandra Hermosillo, Erin J. Radekin, Esq.,

1

counsel for defendant Jun Michael Dirain, Timothy Zindel, Esq., and counsel for defendant Manuel Herrera, John R. Manning, Esq., hereby request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **12/16/19** |
| Reply, or Statement of Non-Opposition: | 12/9/19 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/2/19 |
| The (final) Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 11/25/19 |
| Counsel's written (informal) objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 11/18/19 |
| The draft Presentence Report (with any modifications or updates) shall be filed with the Court and disclosed to counsel no later than: | n/a |

  IT IS SO STIPULATED.

Dated:  August 14, 2019                    /s/  John R. Manning
                                           JOHN R. MANNING
                                           Attorney for Defendant
                                           Manuel Herrera

Dated:  August 15, 20119                   /s/  Thomas A. Johnson
                                           THOMAS A. JOHNSON
                                           Attorney for Defendant
                                           Moctezuma Tovar

Dated:  August 14, 2019                    /s/  Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           Sandra Hermosillo

| | |
|---|---|
| Dated: August 14, 2019 | /s/ Timothy Zindel<br>TIMOTHY ZINDEL<br>Attorney for Defendant<br>Jun Michael Dirain |
| Dated: August 14, 2019 | McGregor W. Scott<br>United States Attorney |
| | by: /s/ Brian A. Fogerty<br>BRIAN A. FOGERTY<br>Assistant U.S. Attorney |

**ORDER**

Because no persuasive reason has been presented to further continue the sentencing of defendants Moctezuma Tovar, Sandra Hermosillo, Jun Michael Dirain, Manuel Herrera, and John R. Manning, their request for a continuance of the sentencing hearing is DENIED without prejudice.

Dated: August 19, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE