1  THOMAS A. JOHNSON, #119203
2  KRISTY M. HORTON, #271250
   Law Office of Thomas A. Johnson
3  400 Capitol Mall, Suite 2560
   Sacramento, California 95814
4  Telephone: (916) 422-4022
5  Attorneys for Moctezuma Tovar

6            IN THE UNITED STATES DISTRICT COURT

7          FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )
10                                  )
                Plaintiff,          )   Case No.: 2:11-cr-00296-WBS
11                                  )
        vs.                         )   AMENDED STIPULATION AND
12                                  )   [PROPOSED] ORDER TO CONTINUE
   MOCTEZUMA TOVAR,                 )   JUDGMENT AND SENTENCING DATE
13 MANUEL HERRERA,                  )
   JUN MICHAEL DIRAIN,              )   Date: September 30, 2019
14 SANDRA HERMOSILLO, and           )   Time: 9:00 a.m.
                                    )   Judge: Hon. William B. Shubb
15              Defendants.         )
                                    )
16 ─────────────────────────────────

17              **STIPULATION**

18      This matter is presently set for judgment and sentencing before this court on

19 September 30, 2019.  A stipulation and proposed order requesting to continue this matter

20 has been denied without prejudice.  *See* ECF Doc. No. 886.  This amended stipulation

21 and proposed order is hereby being submitted and articulates in more detail the

22 defendants' need to continue the currently set judgment and sentencing date.

23      Trial defendants, Ruben Rodriguez and Jamie Mayorga, were found guilty (*see*

24 ECF Doc. No. 848) and have a sentencing date of November 5, 2019 before the

25 Honorable John A. Mendez.  The defendants, Moctezuma Tovar, Manuel Herrera, Jun

26 Michael Dirain, and Sandra Hermosillo, have all pled guilty and are awaiting sentencing

27 and request additional time to prepare for sentencing based upon the following reasons:

28

These four defendant's sentencings have been trailing behind the trial of *United States v. Ruben Rodriguez and Jaime Mayorga*, who were found guilty on April 23, 2019. ECF Doc. No. 848.  These two defendants went to trial three times, the first two resulted in mistrials, and the third, guilty verdicts.  Judge Mendez will proceed on their sentencings on November 5, 2019.  The defendants, Tovar, Herrera, Dirain and Hermosillo either testified or were a potential witness in the aforementioned trials and that was one reason their sentencing date has been behind the trial of Rodriguez and Mayorga.

A continuance is now needed in order "to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.C. S. § 3553(a)(6).  Two other defendants, Mr. Rodriguez and Mr. Mayorga, proceeded to trial on three occasions before receiving guilty verdicts.  After the first trial resulted in a mistrial, this court was unavailable to retry the case.  *See* ECF Doc. No. 470. The trial of Mr. Rodriguez and Mr. Mayorga was assigned to the Honorable John A. Mendez.  The case was tried two more times before Judge Mendez before these defendants were convicted. Judge Mendez will be handling the sentencing of the Mr. Rodriguez and Mr. Mayorga.

The loss amount, roles in the offense, and number of victims, were matters of consequence in the jury trial.  Mr. Herrera testified in all three trials and Mr. Dirain testified in two of the trials.  Mr. Tovar, Mr. Herrera, Mr. Dirain and Ms. Hermosillo all accepted responsibility and pled guilty pursuant to plea agreements.  Based on the plea agreements, all of their sentences are directly affected by the sentence imposed on the trial defendants.

A continuance is also being requested because all CJA defendants, including the defendants who went to trial, who are awaiting sentencing have hired an expert in mortgage analysis, Curt Novy, to write a report regarding the loss amount.  The loss amount in this case is one of the most critical facts impacting the guideline offense level. This is information all defendants would like the court to consider at sentencing when

determining loss amount (for those defendants whose plea agreements allows them to argue the loss) and when considering the circumstances of this case pursuant to the sentencing factors in 18 U.S.C. § 3553(a).  Mr. Novy's report as to loss is also relevant as to restitution.

On or about August 1, 2019, Mr. Curt Novy was approved for funding as an expert to review the loss amount of all the properties charged in the indictment and any properties the government has included as relevant conduct.  To date, we have not received a report from Mr. Novy.  We do not anticipate that Mr. Novy's report will be available for the parties to review before the currently scheduled due date of the informal objections which is currently set for August 26, 2019. The government retains the right to object to any experts' report.

For all the aforementioned reasons, the parties are requesting the court vacate the presently scheduled sentencing date of September 30, 2019, and adopt the sentencing date of December 16, 2019, and the proposed PSR/objection schedule submitted herein. The United States of America through its undersigned counsel, Brian Fogerty, Assistant United States Attorney, together with counsel for defendant Moctezuma Tovar, Thomas A. Johnson, Esq., counsel for defendant Sandra Hermosillo, Erin J. Radekin, Esq., counsel for defendant Jun Michael Dirain, Timothy Zindel, Esq., and counsel for defendant Manuel Herrera, John R. Manning, Esq., hereby request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **12/16/19** |
| Reply, or Statement of Non-Opposition: | 12/9/19 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/2/19 |

3

The (final) Presentence Report shall be filed
with the Court and disclosed to counsel
no later than:                                                          11/25/19

Counsel's written (informal) objections to the
Presentence Report Shall be delivered
to the probation officer and opposing
Counsel no later than:                                               11/18/19

The draft Presentence Report (with any modifications
or updates) shall be filed with the Court and
disclosed to counsel no later than:                            n/a


IT IS SO STIPULATED.


Dated: August 26, 2019                          /s/ Thomas A. Johnson
                                                THOMAS A. JOHNSON
                                                Attorney for Defendant
                                                Moctezuma Tovar

Dated:  August 26, 2019                         /s/ John R. Manning
                                                JOHN R. MANNING
                                                Attorney for Defendant
                                                Manuel Herrera

Dated: August 26, 2019                          /s/ Erin J. Radekin
                                                ERIN J. RADEKIN
                                                Attorney for Defendant
                                                Sandra Hermosillo

Dated: August 26, 2019                          /s/ Timonthy Zindel
                                                TIMOTHY ZINDEL
                                                Attorney for Defendant
                                                Jun Michael Dirain

Dated: August 26, 2019                          McGregor W. Scott
                                                United States Attorney

                                        by:     /s/ Brian A. Fogerty
                                                BRIAN A. FOGERTY
                                                Assistant U.S. Attorney


4

## ORDER

The court has reviewed the foregoing Amended Stipulation and finds the purported reasons for further continuing the judgment and sentencing of defendants Moctezuma Tovar, Sandra Hermosillo, Jun Michael Dirain, Manuel Herrera, and John R. Manning to again be unpersuasive.  First, in order "to avoid unwarranted sentence disparities" among the defendants, it is no more necessary that Rodriguez and Mayorga be sentenced first than it is that the others be sentenced first.  Second, defendants have had ample time to retain and receive a report from any expert they wish to have the court consider.  The date for sentencing of these moving defendants is still more than a month away, and the calculation of the loss amount under the Sentencing Guidelines is frankly not that complicated.   Moreover, restitution will depend on whether the victim banks even present a claim for restitution.  Under the circumstances, this request for further delay in sentencing smacks of judge shopping, which the court does not wish to encourage.

IT IS THEREFORE ORDERED that the foregoing request for continuance of sentencing be, and the same hereby is, DENIED.

Dated:  August 28, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE