JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MANUEL HERRERA,<br><br>    Defendant. | No. CR-S-11-296-02 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE JUDGMENT AND SENTENCING DATE<br><br>Date:  November 4, 2019<br>Time:  9:00 a.m.<br>Judge: WILLIAM B. SHUBB |

    This matter was set for judgment and sentencing before this court on September 30, 2019. Due to health issues of defense counsel, the matter was dropped from the calendar. Counsel for the defendant is now ready to proceed.

    Therefore, the United States of America through its undersigned counsel, Brian Fogerty, Assistant United States Attorney, together with counsel for defendant Manuel Herrera, John R. Manning, Esq., hereby request the Court place the matter on calendar for November 4, 2019.

IT IS SO STIPULATED.

Dated:  October 16. 2019                              /s/ John R. Manning
                                                                               JOHN R. MANNING
                                                                               Attorney for Defendant
                                                                               Manuel Herrera

Dated: October 16, 2019

McGregor W. Scott
United States Attorney

by: /s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant U.S. Attorney

**ORDER**

Dated: October 17, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE